UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND, et al.,
                                    Petitioners,

                -against-

HILT CONSTRUCTION, INC.,
                                    Respondent.
------------------------------------------------------------ X

22 Civ. 10824 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 22, 2022, Petitioners filed the Petition to Confirm Arbitration. On December 23, 2022, electronic summonses were issued as to Respondent.

WHEREAS, no proof of service has been filed on the docket.

WHEREAS, Federal Rule of Civil Procedure 4(m) states, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  It is hereby

**ORDERED** that Petitioners shall file proof of service no later than **April 5, 2023**.

Dated: March 30, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**