P7866890

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, ET AL.,<br>PETITIONER<br>- vs -<br>HILT CONSTRUCTION, INC.<br>RESPONDENT | U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK<br>Docket No. 1:22-CV-10824-LGS |

**Person to be Served**
HILT CONSTRUCTION, INC.
120 OLD CAMPLAIN ROAD
HILLSBOROUGH NJ 08844

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS IN A CIVIL ACTION, PETITION TO CONFIRM ARBITRATION AWARD, ECF CASE RULE 7.1 STATEMENT, INDIVIDUAL RULES AND PROCEDURES FOR CIVIL CASES AND INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES

**Service Data:**
Served Successfully **X**   Not Served _____   Date: 01/12/2023   Time: 3:25PM   Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

Name of person served and relationship / title:

Ganja Reddy

OWNER

**Description of Person Accepting Service:**
SEX: **MALE**   COLOR: **BROWN**   HAIR: **BLACK**   APP.AGE: **58**   APP. HT: **5'10**   APP. WT: **250**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
17TH day of JANUARY, 2023

*/s/ Tina Giordano/*
TINA GIORDANO
Notary Public, State of New Jersey
No. 2428940
Qualified in
Commission Expires 01/17/2023

I, PATRICK PERSICANO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Patrick Persicano/*
Signature of Process Server                     Date

Client File Number:

Lexitas
219 South Street STE 102
New Providence, NJ 07974
908-897-0273
MASON TENDERS DISTRICT COUNCIL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __HILT CONSTRUCTION, INC.__

was received by me on *(date)* __01/10/2023__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Ganja Reddy, Owner__, who is designated by law to accept service of process on behalf of *(name of organization)* __HILT CONSTRUCTION, INC.__ on *(date)* __01/12/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __1-17-23__

*Server's signature*

__PATRICK PERSICANO, PROCESS SERVER__
*Printed name and title*

219 SOUTH ST, SUITE 102
NEW PROVIDENCE, NJ 07974

*Server's address*

Additional information regarding attempted service, etc:

7866890