UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND, et al.,

                      Petitioners,                    22 **CIVIL** 10824 (LGS)

    -against-                                    **JUDGMENT**

HILT CONSTRUCTION, INC.,
                 Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 30, 2023, the Petition for confirmation of the Award is GRANTED. The Funds are entitled to $97,174.85 pursuant to the Award. Interest shall accrue from the date judgment is entered until payment is made at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
           July 5, 2023

                                                  **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                         **BY:**                 *K. Mango*

                                                        **Deputy Clerk**